# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Acts of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, and February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, 133 Stat. 13, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain a border security tower, roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-T1118E-1 (Temporary Road and Utility Easement)
Tract:  RGV-RGC-T1118E-2 (Temporary Tower Easement)
Owner:  Jose Corando Sosa, Jr., et al.,
Acres:  0.998

**Tract:  RGV-RGC-T1118E-1 (0.610 acre)**

**BEING** a 0.610 of one acre (26,585 square feet) parcel of land out of Porción 75, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, also being out of the Florencia Gonzales Grant, Abstract 95, Share 107 and a called 1.66 acre tract of land described in a deed dated June 28, 2006, from Linda Sosa Garza to Jose Corando Sosa, Jr., and wife, Paula Sosa, recorded in Volume 1104, Page 805 (O.R.S.C.T.), said 0.610 of one acre parcel being more particularly described by metes and bounds as follows:

**COMMENCING at a point for reference** at a 5/8-inch iron rod found on a south line of a tract of land described as Tract One in a deed dated July 1, 2008, from Jose Coronado Sosa, Jr., to Maria Villarreal, recorded in Volume 1202, Page 93 (O.R.S.C.T.) for the northeast corner of a called 3.155 acre tract of land described as Tract Two in a deed dated July 1, 2008, from Jose Coronado Sosa, Jr., to Maria Villarreal, recorded in Volume 1202, Page 93 (O.R.S.C.T.) and also described in a deed dated October 16, 2008, from Jose Coronado Soza, Jr., and Paula Siller Soza to Maria Villarreal, recorded in Volume 1217, Page 141 (O.R.S.C.T.) and the northwest corner of said called 3.7288 acre tract, thence as follows:

SOUTH 25°21'37" EAST, along the common east line of said 3.155 acre tract and the west line of said 3.7288 acre tract, a distance of 50.50 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4063-1=4047-1" set for the northwest corner and **POINT OF BEGINNING** of the parcel described herein, having a coordinate value of N = 16,672,260.466 and E = 829,088.780, said point bears SOUTH 36°43'29" WEST, a distance of 2,805.68 feet from United States Army Corps of Engineers Control Point No. S135, thence as follows;

**THENCE,** N 25-21-37 W a distance of 50.50 feet along the west property line of the Sosa Tract to a 5/8 iron rod also being the referenced POC and the North West corner of this easement

**THENCE** N 51-26-01 a distance of 106.60 feet along the north property line of the Sosa tract to an unmarked point for the north east corner of this easement

## <u>SCHEDULE C (Cont.)</u>

**THENCE** S 23-30-58 E a distance of 73.94 feet to an IP with a 3" cap stamped RGC-4047-2 being the north east corner of wall tract RGC-4047

**THENCE**, SOUTH 23°30'58" EAST, along said common line, a distance of 210.18 feet to a 5/8-inch iron rod with aluminum cap stamped "RGV-RGC-4047-3=4048-4" on said common line for the southeast corner of the RGC-4047 wall parcel;

**THENCE** S 23-30-58 E a distance of 197.74 feet to an unmarked point being the south east corner of this easement and the north east former or the RGC-T1118E-2 tower easement for an angle point

**THENCE**, SOUTH 64°05'27" WEST, departing said common line, returning over and across said 3.7288 acre tract, a distance of 50.00 feet to an unmarked point being the south west corner of this access easement and a POL of the north tower easement line for an angle point

**THENCE** N 23-30-58 W a distance of 194.74 to an unmarked point along the south line of wall tract RGC-4047 for a POL

**THENCE** N 23-30-58 W a distance of 210.18 to an unmarked point along the north line of wall tract RGC-4047 for an angle point

**THENCE**, S 64-05-41 W a distance of 51.43 feet along the north line of wall tract RGC-4047 Returning to the **POINT OF BEGINNING** and containing 0.610 acres (26,585 square feet) of land.

**Tract:  RGV-RGC-T1118E-2 (0.388 acre)**

**BEING** a 0.388 acre (16,940 square feet) parcel of land out of Porción 75, Ancient Jurisdiction of Mier, Mexico, now Starr County, Texas, also being out of the Florencia Gonzales Grant, Abstract 95, Share 107 and a called 1.66 acre tract of land described in a deed dated June 28, 2006, from Linda Sosa Garza to Jose Corando Sosa, Jr., and wife, Paula Sosa, recorded in Volume 1104, Page 805 (O.R.S.C.T.), said 0.388 acre parcel being more particularly described by metes and bounds as follows:

**COMMENCING at a point for reference** at a 5/8-inch iron rod found on a south line of a tract of land described as Tract One in a deed dated July 1, 2008, from Jose Coronado Sosa, Jr., to Maria Villarreal, recorded in Volume 1202, Page 93 (O.R.S.C.T.) for the northeast corner of a called 3.155 acre tract of land described as Tract Two in a deed dated July 1, 2008, from Jose Coronado Sosa, Jr., to Maria Villarreal, recorded in

Volume 1202, Page 93 (O.R.S.C.T.) and also described in a deed dated October 16, 2008, from Jose Coronado Soza, Jr., and Paula Siller Soza to Maria Villarreal, recorded in Volume 1217, Page 141 (O.R.S.C.T.) and the northwest corner of said called 3.7288 acre tract, thence as follows:

**THENCE,** N 51-26-01 E a distance of 106.60 for an angle point being the NE corner of the parent tract

**THENCE,** S 23-30-58 E a distance of 478.76 feet to an unmarked point for the northeast corner and **POINT OF BEGINNING** of the parcel described herein, having a coordinate value of N = 16671933.558 and E = 829341.528

**THENCE**, SOUTH 23°30'58" EAST, along said common line, a distance of 200.0 feet to an unmarked point on said common line for the southeast corner of the parcel described herein;

**THENCE**, SOUTH 64°05'27" WEST, departing said common line, returning over and across said 3.7288 acre tract, a distance of 81.54 feet to an unmarked point on said common west line of said 3.7288 acre tract and the east line of said 3.155 acre tract for the southwest corner of the parcel described herein;

**THENCE**, NORTH 25°21'43" WEST, along said common line, a distance of 200.0 feet to an unmarked point along the common line of the 3.155 acre tract and 3.7288 acre tract for the north west corner of this easement

**THENCE,** N 64-20-24 E a distance of 37.99 feet to an unmarked point as a POL for this easement and the SW corner of the access road easement for an angle point,

**THENCE,** N 64-05-27 E a distance of 50.0 feet along the south line of the access easement and returning to **POINT OF BEGINNING** and containing 0.388 acre (16,940 square feet) of land.

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT

LAND TO BE CONDEMNED

CAMERON COUNTY, TEXAS
N
50' 0 50'
SCALE IN FEET
REMAINDER OF TRACT 113, PORCION 75 JOSE CORONADO SOSA, JR. TO MARIA VILLARREAL TRACT ONE VOL. 1202, PG. 93 07/01/2008 O.R.S.C.T.
CALLED 5.158 ACRES OUT OF TRACT 105, PORCION 75 NOE PEREZ TO MARTIN BENITEZ, JR. ET AL VOL. 578, PG. 258 07/15/1988 O.R.S.C.T.
CALLED 1.66 ACRES OUT OF TRACT 107, PORCION 75 LINDA SOSA GARZA TO JOSE CORANDO SOSA, JR., AND WIFE PAULA SOSA VOL. 1104, PG. 805 06/28/2006
REMAINDER OF CALLED 3.155 ACRES NORTH HALF, TRACT 106, PORCION 75 JOSE CORONADO SOZA, JR. AND PAULA SILLER SOZA TO MARIA VILLARREAL VOL. 1217, PG. 141 10/16/2008 O.R.S.C.T.
N51°26'01"E 106.60'
S23°30'58"E 73.84'
5/8" IRON ROD
IP RGC-4047-2
P.O.C
N25°21'37"W 50.50'
S64°05'41"W 51.43'
P.O.B
N: 16672260.456
E: 829088.780
SPEEDIO TOWER T1118E-1 ACCESS EASEMENT 0.610 ACRES (26,585 SQ. FT.)
S23°30'58"E 210.18'
N23°30'58"W 210.18'
MATCH LINE SHEET 2
PL
LEGEND
P.O.C POINT OF COMMENCEMENT
P.O.B POINT OF BEGINNING
PL PROPERTY LINE
EXISTING EASEMENT
PROPOSED EASEMENT LINE
1. ALL BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE STATE PLANE COORDINATE SYSTEM OF TEXAS, SOUTH ZONE (4205), NORTH AMERICAN DATUM OF 1983, WITH THE CORS96 ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID AND MAY BE CONVERTED TO SURFACE USING A COMBINED SCALE FACTOR OF: 1.000040021 (GRID X 1.000040021 = SURFACE)
2. A METES & BOUNDS DESCRIPTION ACCOMPANIES THIS PLAT.
SCOLARI.JOSEPH.V.III.1228863927
Digitally signed by SCOLARI.JOSEPH.V.III.1228863927 Date: 2020.08.05 09:57:37 -05'00'
JOSEPH SCOLARI, PLS, PSM (NJ&FL) UNDER FEDERAL AUTHORITY
US ARMY CORPS OF ENGINEERS, REAL ESTATE DIVISION
FORT WORTH DISTRICT, FORT WORTH, TEXAS
SPEEDIO TOWER ACCESS EASEMENT
RGC- T1118E-1 0.610 ACRES
REAL ESTATE DIVISION
PLANNING & APPRAISAL – CADASTRAL
819 TAYLOR ST
ROOM 2A06
FT WORTH, TEXAS 76102
TEL NO. (817) 886-1096 FAX NO. (817) 886-6501
US Army Corps of Engineers
DATE: July 29, 2020
SCALE: 1"=50'
DRAWN BY: KPL
REVIEWED BY: JVS
Mark Description Date Appr.
SHEET 1 OF 2

**SCHEDULE D (Cont.)**



## SCHEDULE D (Cont.)



Tracts:  RGV-RGC-T1118E-1, RGV-RGC-T1118E-2
Owner:  Jose Corando Sosa, Jr, et al.,
Acreage:  0.998

# SCHEDULE E

**<u>SCHEDULE E</u>**

<u>ESTATE TAKEN</u>

Starr County, Texas

Tract:  RGV-RGC-T1118E-1
Tract:  RGV-RGC-T1118E-2
Owner:  Jose Corando Sosa, Jr., et al.,
Acres:  0.998

Temporary Road and Utility Easement

Tract No. RGV-RGC-T1118E-1

A temporary and assignable easement and right-of-way, in, on, over, under and across the land described in Schedule C, for a period not to exceed four years, beginning with the date of possession of the land is granted to the United States, for use by the United States, its representatives, agents and contractors for the location, construction, operation, maintenance, alteration, repair, and replacement of a road and above ground and underground utility lines and appurtenances thereto; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere within the right-of-way; subject to existing easements for public roads and highways, public utilities, railroads and pipelines; reserving however, to the owners, their heirs and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road.

## SCHEDULE E (Cont.)

Temporary Tower Easement

Tract No. RGV-RGC-T1118E-2

An exclusive, temporary and assignable easement and right-of-way in, on, over, and across the land described in Schedule C for a period not to exceed four years, beginning with date of possession of the land is granted to the United States, for use by the United States, its representatives, agents and contractors for the location, construction, operation, maintenance, alteration, repair, and patrol of a re-locatable tower(s) and associated facilities; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere with the easement corridor; subject to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## **<u>SCHEDULE F</u>**

### <u>ESTIMATE OF JUST COMPENSATION</u>

The sum estimated as just compensation for the land(s) being taken is SIX HUNDRED

AND SEVENTY ONE DOLLARS AND 00/100 ($671.00), to be deposited herewith in

the Registry of the Court for the use and benefit of the persons entitled thereto.

**TRACT RGV-RGC-T1118E-1:**

The sum estimated as just compensation for the land being taken is TWO HUNDRED
AND NINETY NINE DOLLARS AND 00/100 ($299.00), to be deposited herewith in the
registry of said Court for the use and benefit of the persons entitled thereto.

**TRACT RGV-RGC-T1118E-2:**

The sum estimated as just compensation for the land being taken is THREE HUNDRED
AND SEVENTY TWO DOLLARS AND 00/100 ($372.00), to be deposited herewith in
the registry of said Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

## INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **Jose Corando Sosa, Jr.**<br>██████████<br>Roma, TX ████ | Warranty Deed, Document #2006-258077; Recorded July 24, 2006, Vol 1104, pg 805, Official Records of Starr County |
| **Paula Sosa (nee Siller)**<br>██████████<br>Roma, TX ████ | Warranty Deed, Document #2006-258077; Recorded July 24, 2006, Vol 1104, pg 805, Official Records of Starr County |
| **Maria Villarreal**<br>██████████<br>Roma, TX ████ | |